Decauville Automobile Company, Respondent, v. Metropolitan Bank, Appellant.— Motion granted; stay continued. Settle order on notice.

Theodore Bernstein, Respondent, v. Victor Steinhauer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Minnie Ball Thaw, Respondent, v. Edward B. Thaw, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Stephen L. Spencer, Appellant, v. Charles Martyn and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Patrick O'Connell, as Administrator, etc., of Patrick O'Connell, Deceased, Respondent, v. Merchants' Refrigerating Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. George B. McClellan and Another.— Motion granted on condition that plaintiffs apply to the Court of Appeals for leave to bring the appeal on for argument at the earliest practicable day; questions to be determined on settlement of order, which should be on twenty-four hours' notice. Memorandum per curiam.

The People of the State of New York v. George B. McClellan and Another.— Cause ordered to be tried in Trial Term, Part XVIII.

Fannie Garlanz v. Alonzo B. See.— Motion granted, with ten dollars costs.

Germania Life Insurance Company v. Marie A. Donnegan.— Motion granted, with ten dollars costs.

Herman Seider v. Isaac Huppert and Others.— Motion granted, with ten dollars costs.

Herman Seider v. John F. Cronin, Impleaded.— Motion granted, with ten dollars costs.

Bridget Long v. Emigrant Industrial Savings Bank.— Motion granted, with ten dollars costs.

Anita Crompton v. William Crompton.— Motion granted, with ten dollars costs.

Herbert L. Miles v. James Barton. William P. Dixon v. William Schaaf, Lawrence Murphy v. Interurban Street Railway Company. George Niedermeier v. Wendelin Spielman. John Fowler v. Solomon Schinasi. Moritz Berger v. Nathan Glassheim.— Applications for leave to appeal to Appellate Division denied, with ten dollars costs in each case. Orders signed.

Bainbridge Colby v. Equitable Trust Company.— Motion granted; questions certified. Motion for stay granted. Settle order on notice.

Constantine J. McGuire v. Margaret E. Hughes.— Application granted. Order signed.

Morris Koblenzer v. New York City Railway Company.— Motion denied, with ten dollars costs.

George A. Treadwell v. William A. Clark.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. Christopher T. Fitzgerald v. Theodore A. Bingham, Police Commissioner of the City of New York. The People of the State of New York ex rel. Frederick W. Unger v. Theodore A. Bing-